IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peggy Hernandez, | ) No. C 04-4836 CW |
| | ) |
| Plaintiff, | ) |
| | ) [~~PROPOSED~~] ORDER EXTENDING |
| v. | ) DEADLINE FOR MEDIATION |
| | ) |
| ANN VENEMAN, SECRETARY, U.S. DEPARTMENT OF AGRICULTURE (USDA), | ) |
| | ) |
| Defendant. | ) |

PURSUANT TO THE STIPULATION to extend deadline for mediation, submitted by the parties, the parties shall have up until July 29, 2005, to complete mediation.

IT IS SO ORDERED.

Dated:  6/17/05

/s/ CLAUDIA WILKEN
_____
UNITED STATES DISTRICT JUDGE
CLAUDIA WILKEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peggy Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>ANN VENEMAN,<br>SECRETARY, U.S. DEPARTMENT<br>OF AGRICULTURE (USDA),<br><br>Defendant. | No. C 04-4836 CW<br><br>[PROPOSED] ORDER EXTENDING<br>DEADLINE FOR MEDIATION |

PURSUANT TO THE STIPULATION to extend deadline for mediation, submitted by the parties, the parties shall have up until July 29, 2005, to complete mediation.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

CLAUDIA WILKEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peggy Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>ANN VENEMAN,<br>SECRETARY, U.S. DEPARTMENT<br>OF AGRICULTURE (USDA),<br><br>Defendant. | No. C 04-4836 CW<br><br>[PROPOSED] ORDER EXTENDING<br>DEADLINE FOR MEDIATION |

PURSUANT TO THE STIPULATION to extend deadline for mediation, submitted by the parties, the parties shall have up until July 29, 2005, to complete mediation.

IT IS SO ORDERED.

Dated: _____

UNITED STATES DISTRICT JUDGE

CLAUDIA WILKEN