1  DENISE M. HULETT (No. 121553)
   Of Counsel
2  Mexican American Legal Defense
    and Educational Fund
3  912 Cole Street, No. 381
   San Francisco, CA 94117
4  Phone: (415) 504-6901
   Fax:   (415) 504-8901
5
   THOMAS A. SAENZ, (No. 159430)
6  SHAHEENA A. SIMONS ( No. 225520)
   Mexican American Legal Defense
7   and Educational Fund
   634 S. Spring Street, 11th Floor
8  Los Angeles, CA 90014
   Phone: (213) 629-2512
9  Fax:   (213) 629-0266

10 LISA DUARTE (No. 169750)
   AI MORI (No. 208618)
11 MINAMI, LEW & TAMAKI
   360 Post Street, 8th Floor
12 San Francisco, CA 94108-4903
   Phone: (415) 788-9000
13 Fax:   (415) 398-3887

14 Attorneys for Plaintiffs.

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 | PEGGY HERNANDEZ,                           | No. C 04-4836 CW
19 |                                            |
20 |                              Plaintiffs,   | [~~PROPOSED~~] **ORDER RE PETITION TO WITHDRAW AS COUNSEL**
21 | v.                                         |
22 | ANN VENEMAN, UNITED STATES DEPARTMENT OF AGRICULTURE, |
23 |                                            |
24 |                              Defendants.   |
25

26

27

28

[PROPOSED] ORDER RE PETITION TO
WITHDRAW AS COUNSEL                                              CASE No. C 04-4836 CW

1    The petition to withdraw as counsel of Thomas A. Saenz is hereby granted.

2

3

4    Dated: __8/15/05_____        _____
                                        United States District Judge

IT IS SO ORDERED
Judge Claudia Wilken

[PROPOSED] ORDER RE PETITION TO
WITHDRAW AS COUNSEL                    - 1 -                    CASE No. C 04-4836 CW