KEVIN V. RYAN (CSBN 118321)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7073
   FAX: (415) 436-6748

Attorneys for Defendant MIKE JOHANNS,
Secretary, U.S. Department of Agriculture

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEGGY HERNANDEZ, | No. C 04-4836 CW |
|    Plaintiff, | **E-Filing Case** |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| MIKE JOHANNS, Secretary, U.S. Department of Agriculture, | |
|    Defendant. | |

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C C 04-4836 CW

1

1    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff PEGGY
2  HERNANDEZ and Defendant UNITED STATES DEPARTMENT OF AGRICULTURE,
3  stipulate to the dismissal with prejudice of <u>Peggy Hernandez v. Mike Johanns, Secretary, U.S.</u>
4  <u>Department of  of Agriculture</u>, Northern District of California case number C C 04-4836 CW.
5  Each party will bear its own costs.

7  Dated: January 31, 2006         /s/
                                   PEGGY HERNANDEZ
8                                  Plaintiff

10
11 Date: February 2, 2006          /s/
                                   LISA DUARTE
                                   MINAMI, LEW & TAMAKI LLP
12                                 Attorneys for Plaintiff

13
14 Date: January 31, 2006          /s/
                                   DENISE M. HULETT
                                   SHAHEENA A. SIMONS
                                   MEXICAN AMERICAN LEGAL
15                                 DEFENSE AND EDUCATIONAL FUND
                                   Attorneys for Plaintiff
16

17 Dated: February 3, 2006         KEVIN V. RYAN
                                   United States Attorney
18

19                                 /s/
                                   JONATHAN U. LEE
20                                 Assistant United States Attorney
                                   Attorneys for the Federal Defendant
21

22
                                   **ORDER**
23

24 APPROVED AND SO ORDERED.

25
       2/7/06
26 Dated: _____      _____
                                   The Honorable CLAUDIA WILKEN
27                                 United States District Judge

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
No. C C 04-4836 CW

2